UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

```
NIVISYS INDUSTRIES, LLC,          )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )   NO.  1:07-0038
                                  )   Judge Trauger/Bryant
TIMOTHY STAMEY and NIGHT VISION   )
DEPOT, INC.,                      )
                                  )
        Defendants.               )
```

**O R D E R**

The parties have filed their Notice of Settlement and Motion for Continuance (Docket Entry No. 54), stating that the parties have agreed to a settlement of this matter but have not yet completed work on final documents and preparation of the final orders. The parties move that the evidentiary hearing set before the undersigned Magistrate Judge on March 11, 2008 be continued.

This motion is hereby **GRANTED**. The evidentiary hearing before the undersigned Magistrate Judge scheduled for Tuesday, March 11, 2008, is hereby **CANCELED**. All pending motions are hereby **TERMINATED** without prejudice to their being refiled should this settlement not be consummated. Finally, the parties shall file their stipulation and order of dismissal on or before **April 1, 2008.**

The Clerk is hereby directed to return this file to the District Judge for consideration of the parties' order of dismissal to be filed.

It is so **ORDERED**.

                                              s/ John S. Bryant
                                              JOHN S. BRYANT
                                              United States Magistrate Judge