**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **NIVISYS INDUSTRIES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 1:07-cv-38** |
| | ) | **JUDGE TRAUGER** |
| **TIMOTHY STAMEY, and** | ) | |
| **NIGHT VISION DEPOT, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## CONSENT FINAL ORDER AND PERMANENT INJUNCTION
---

Upon consent of the parties, as evidenced by the signatures of their counsel below, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.      Defendant Night Vision Depot, Inc. shall pay to Plaintiff the sum of $6,000 by April 30, 2008; and

2.      Plaintiff Nivisys Industries, LLC will sell and Defendant Night Vision Depot, Inc. shall purchase from Plaintiff one hundred fifty-three 25 millimeter second generation image intensification tubes for the total purchase price of $329,715 pursuant to the attached purchase order number 2004438.  Defendant Night Vision Depot, Inc. shall pay for these tubes by certified check at or prior to delivery.  Delivery to Night Vision Depot, Inc. shall take place no later than April 30, 2008.

3.      Defendant Timothy Stamey and Night Vision Depot, Inc. and all those in active concert or participation with them who receive actual notice of this permanent injunction by personal service or otherwise, are hereby permanently enjoined from:  for any reason and in any

fashion, either directly or indirectly, using, selling, lending, leasing, distributing, licensing, giving, transferring, assigning, showing, disclosing, disseminating, reproducing, copying, appropriating or otherwise communicating any proprietary information, trade secret or confidential information of Plaintiff, Nivisys Industries, LLC, for or to any entity, individual, company or corporation; and

    4.    Each party shall bear its own costs and attorneys fees incurred in this action.

    This case is dismissed with prejudice.

                    1st day of April, 2008
    ENTERED this _____ day of March, 2008.

_____
Aleta A. Trauger
United States District Judge


  /s/  Thomas L. Henderson_____
Thomas L. Henderson (TN Bar #11526)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
6410 Poplar Avenue, Ste. 300
Memphis, Tennessee 38119
Telephone: (901)767-6160
Facsimile: (901)767-7411



  /s/ John W. Wagster_____
John W. Wagster (TN Bar #2978)
HOLLINS, WAGSTER, WEATHERLY & RAYBIN, P.C.
Fifth Third Center, Suite 2200
424 Church Street
Nashville, Tennessee 37219
Telephone: (615) 256-6666

  /s/ Douglas T. Bates, III_____
Douglas T. Bates, III (TN Bar #2647)
406 West Public Square
Bates Building 2nd Floor
P.O. Box 1
Centerville, Tennessee 37033-0001
Telephone: (931) 729-4085